UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RONALD SATISH EMRIT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 20-30018-MGM |
| | * | |
| v. | * | |
| | * | |
| | * | |
| FEDERAL BUREAU OF INVESTIGATION, | * | |
| | * | |
| Defendant. | * | |

ORDER ADOPTING REPORT AND RECOMMENDATON
(Dkt. No. 5)

July 15, 2020

MASTROIANNI, U.S.D.J.

On April 8, 2020, Magistrate Judge Katherine A. Robertson issued an Order for Reassignment and Report and Recommendation (Dkt. No. 5) recommending to the District Judge that this action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) because the allegations are wholly insufficient to state a cognizable federal claim against the Federal Bureau of Investigation.

On May 24, 2020, two days after his response was due, Plaintiff filed a pleading titled "Motion in Limine and/or NOTICE of Filing to Introduce Extrinsic Evidence" (Dkt. No. 7), which the court is treating as plaintiff's objections to the Report and Recommendations. In that pleading, plaintiff seeks to introduce documents from lawsuits that he has filed in other federal courts and complains that those actions have been dismissed.

Upon review of the pleadings in the case, this Court finds that Magistrate Judge Robertson's Report and Recommendation is well founded. Plaintiff has not set forth a plausible claim upon which relief

may be granted. Additionally, this Court finds that, given the facts alleged by Plaintiff and accepting them as true, it would be futile to permit him any further opportunities to file a second amended complaint.

For the reasons set forth above, it is hereby Ordered that Magistrate Judge Robertson's Report and Recommendation (Dkt. No. 5) is ADOPTED in its entirety. It is further Ordered that this action is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii). A separate Order for Dismissal shall enter.

It is So Ordered.


    /s/ Mark G. Mastroianni
    MARK G. MASTROIANNI
    United States District Judge